## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
AUGUST 9, 2018
CHIEF DISTRICT JUDGE
SHELLY D. DICK

**OSCAR VALLE**
*on behalf of himself
and others similarly situated*

**VERSUS**

**BEAURAYNE BUILDERS LLC, ET AL.**

**CIVIL ACTION**

**17-274-SDD-RLB**

This cause came on this day for hearing on Plaintiffs' *Motion for Conditional Class Certification*.[1]

      PRESENT:   Emily Westermeier, Esq.
                          Counsel for Plaintiff

                          Jerry Hollander, III, Esq.
                          Counsel for Defendant, Galindo Z Construction LLC

                          Michael Victorian, Esq.
                          Karleen Green, Esq.
                          Counsel for Defendant, Beaurayne Builders LLC

Counsel made appearances. Oral argument held on *Motion for Conditional Class Certification*.  For oral reasons provided by the Court, the Motion was GRANTED.

The Parties were ordered to meet and confer to craft a mutually acceptable *Notice* and present it to the Court on or before close of business on 8/17/2018.

* * * * *

Reporter: Shannon Thompson
0.50

---

[1] Rec. Doc. 38.