UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **OSCAR VALLE, on behalf of himself and other persons similarly situated** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-274-SDD-RLB** |
| **BEAURAYNE BUILDERS, LLC, ET AL.** | |

## ORDER

This matter is before the Court for a telephone conference scheduled for May 22, 2019 at 1:30 pm. Counsel for Plaintiff was directed to initiate the call to chambers. At the time of the conference, defense counsel contacted chambers and informed the Court that they had not been contacted by Plaintiff's counsel. Chamber's staff attempted to contact Plaintiff's counsel directly without success. The Court was not contacted at all by Plaintiff's counsel on May 22, 2019. As of the date and time of this order, Plaintiff's counsel has still made no contact.

Accordingly,

**IT IS ORDERED** that on or before **May 28, 2019, 10:00 am,** Plaintiff shall **SHOW CAUSE**, in writing, why sanctions should not be imposed for failure to participate in the telephone conference as ordered. Another telephone conference will be set by separate order.

Signed in Baton Rouge, Louisiana, on May 23, 2019.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE