IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

OSCAR VALLE, on behalf of himself
and other persons similarly situated,

        Plaintiffs,

v.

BEAURAYNE BUILDERS LLC,
GALINDO Z CONSTRUCTION LLC,
ELDRED ROBERT, JR, and JOSE GALINDO,

        Defendants.

Case No.: 3:17-cv-00274-SDD-RLB

## PLAINTIFF COUNSEL'S STATEMENT CONERNING HIS FAILURE TO PARTICIPATE IN THE TELEPHONE CONFERENCE AS ORDERED

Dear Judge Bourgeois and my opposing cousnel, Messrs. Hollander and Victorian, and Ms. Green:

I accept responsibility for not participating in the telephone conference with you all on May 22, 2019. While my office properly calendared this conference call, I simply missed our internal reminder notifications. I take seriously my obligations to this Court and to opposing counsel. Other than this incident, in my 8 and ½ years as a practicing attorney I have never missed a court hearing. While the above in no way excuses my failure, I apologize to both this Court and opposing counsel.

**Very Respectfully,**

*/s/ William H. Beaumont*
BEAUMONT COSTALES LLC
Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
*whb@beaumontcostales.com*

CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2019, I served a copy of the foregoing on counsel for

Defendants via the Court's CM/ECF system.

*/s/ William H. Beaumont*