UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

OSCAR VALLE                                         CIVIL ACTION

VERSUS                                              17-274-SDD-RLB

BEAURAYNE BUILDERS LLC, ET AL.

### RULING

The Court, after carefully considering the *Motion for Sanctions*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated September 19, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Defendant's *Motion for Sanctions*[3] is hereby GRANTED IN PART and DENIED IN PART in that the claims of Orbin Antunez and Edwin Mendoza brought against Beaurayne Builders, LLC are hereby DISMISSED WITHOUT PREJUDICE, and that the Parties bear their own costs with respect to the instant motion.

Signed in Baton Rouge, Louisiana the 28 day of October, 2019.

*[signature]*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 90.
[2] Rec. Doc. 91.
[3] Rec. Doc. 90.