# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VALLE | CIVIL ACTION |
| VERSUS | 17-274-SDD-RLB |
| BEAURAYNE BUILDERS, LLC ET AL. | |

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated October 8, 2020, to which no objection has been filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the claims of Plaintiff Gustavo Urbina and Plaintiff Edwin Bonilla are hereby DISMISSED without prejudice for failure to prosecute.

*Judgment* will be entered accordingly.

Signed in Baton Rouge, Louisiana the 28th day of October, 2020.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 113.