# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

OSCAR VALLE, ET. AL.

VERSUS

BEAURAYNE BUILDERS, LLC, ET. AL.

CIVIL ACTION NO.  3:17-cv-00274-RLB

JUDGE SHELLEY DICK

MAGISTRATE JUDGE RICHARD L. BOURGEOIS

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO SUBMIT PROPSOED SETTLEMETN AGREEMENT TO THE COURT FOR *IN CAMERA* REVIEW

The parties in this action have reached a proposed settlement of their claims and defenses and contemporaneously with this motion, have filed a joint motion seeking the Court's approval of the proposed settlement and dismissal of this action with prejudice.  The parties have executed a confidential general release and settlement agreement (the "Agreement"), which will not be effective unless and until it is approved by the Court.

The parties request that the Court permit them to submit the Agreement to the Court for *in camera* review.  The parties believe that it is appropriate for the Court to depart from the general policy of public filings due to the unique aspects of this case and the particular legal arguments for a valid settlement of claims under the Fair Labor Standards Act ("FLSA").  In accordance with precedent,  a settlement involving claims of unpaid overtime under the FLSA must be presented to an approved by the Court to be effective. 29 U.S.C. §216(c); *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982); *Camp v. Progressive Corp.*, 2004 WL 2149079 (E.D. La. Sep. 23, 2004).

In this case, the Parties have carefully negotiated a settlement in this action in which the confidentiality of the parties' Agreement is an integral provision of the overall settlement (and, thus, the disclosure of the Agreement to the public would deny Beaurayne Builders, LLC and Eldridge Robert, Jr., (collectively the "Beaurayne Defendants") the benefit of their bargain).

Beaurayne insisted on a confidentiality request to the Court in this Case because they are supremely concerned about their reputation and any negative inference that may be drawn by entering into this Agreement. Moreover, Beaurayne maintains that has no liability in this case and that it was never plaintiffs employer as contemplated by the FLSA.

By allowing for *in camera* review of the Agreement, the Court can consider the settlement for approval and still foster the policy of encouraging parties to resolve their disputes. Requests for confidential review of settlement terms are common in FLSA settlements.  Numerous federal court judges in the Eleventh Circuit have permitted parties to FLSA settlements to submit settlement agreements to the court for review without having to file the settlement agreements in the public record.[1]  *See, e.g.,* <u>Northern District of Georgia</u>: *Jones and Bridgeforth v. FleetCor Technologies Operating Company, LLC;* Case No. 1:16-cv-01902-TCB (N.D. Ga. July 26, 2017) (Batten, J.) (permitting in camera review of FLSA settlement and granting in camera review of settlement); *Yates v. Discrete Wireless, Inc. et al*.; Case No. 1:15-cv-03549-ELR (N.D. Ga. April

---

[1] The majority of decisions cited herein were issued by Florida district courts, as Florida sees a disproportionately high number of FLSA lawsuits each year in comparison to other jurisdictions across the country.  *See Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1225 (M.D. Fla. 2009) (noting that "[a] Westlaw and LexisNexis search of FLSA case law reveals that a surprisingly large number of the published and unpublished district court decisions regarding the FLSA originate in [the Middle District of Florida]"); *see also* Jacqueline Bell, *Florida, NY Top List Of Busiest Courts For FLSA Suits*, Law360 (May 2, 2015, 3:05 PM), http://www.law360.com/articles/650465/florida-ny-top-list-of-busiest-courts-for-flsa-suits (providing data on the number of lawsuits filed annually under the FLSA by jurisdiction and noting that "Florida has long been an epicenter of FLSA litigation").

6, 2016) (Ross, J.) (finding good cause for permitting *in camera* review of FLSA settlement); *Roman v. The Home Depot*, Case No. 1:12-cv-2355 (N.D. Ga. Dec. 14, 2012) (Forrester, J.) (permitting in camera review of FLSA settlement agreement and granting joint motion to file agreement under seal); *Silvey v. Alfa Mutual Ins. Co.,* No. 09–C–164 (N.D. Ga. Sept. 8, 2010) (permitting sealing of FLSA settlement agreement) (O'Kelley, J.); <u>Southern District of Alabama</u>: *Holt v. Waffle House, Inc.,* 06–CV–2 (S.D. Ala. Nov. 16, 2007) (Bivins, Mag. J.); <u>Middle District of Florida</u>: *Adams, et al v. Senior Home Care Inc., et al,* Case No. 8:14-cv-2771 (M.D. Fla. Sept. 15, 2015) (Moody, J.) (order granting in camera review of FLSA settlement agreement); *Davin v. Camp Nebraska, Inc.,* Case No. 8:14-cv-00974 (M.D. Fla. Oct. 14, 2014) (Moody, J.) (same); *Jackson v. Lincare, Inc.*, Case No. 8:11-cv-02653 (M.D. Fla. Apr. 2, 2012) (Wilson, Mag.) (same); *Rojas v. MK Automotive, Inc*., Case No. 11-cv-00798 (M.D. Fla. Dec. 20, 2011) (Kovachevich, J.) (same); *Doimeadios v. Jason's Hauling, Inc., et al.*, Case No. 09-cv-1003 (M.D. Fla. July 9, 2010) (Lazarra, J.) (same); *King v. Wells Fargo Home Mortgage*, No. 2:08-CV-307-FTM29SPC, 2009 WL 2370640, at *1 (M.D. Fla. July 30, 2009) (approving FLSA settlement agreement following in camera review); <u>Southern District of Florida</u>: *El Amir v. H&R Block Eastern Enterprises, Inc.*, Case No. 11-cv-21148 (S.D. Fla. Sept. 10, 2012) (Zloch, J.) (paperless order granting motion for leave to submit settlement agreement to the court for in camera review); *Riveron v. H&R Block Eastern Enterprises, Inc.*, Case No. 11-cv-21156 (S.D. Fla. Aug. 4, 2012) (Simonton, Mag.) (order granting motion for in camera review of FLSA settlement agreement); *Prada v. H&R Block Eastern Enterprises, Inc.*, Case No. 11-cv-20831 (S.D. Fla. Apr. 20, 2012) (Moore, J.) (paperless notice of court practice upon notice of settlement); *Singh v. H&R Block Eastern Enterprises, Inc.*, Case No. 11-cv-20954 (S.D. Fla. Apr. 10, 2012) (Scola, J.) (order granting in camera review of FLSA settlement agreement); *Nicholas v. H&R Block Eastern Enterprises, Inc*., Case No. 11-cv-

21144 (S.D. Fla. Apr. 3, 2012) (Martinez, J.) (same); *Khan v. H&R Block Eastern Enterprises, Inc.*, Case No. 11-cv-20217 (S.D. Fla. Dec. 7, 2011) (King, J.) (same); *Cruz v. H&R Block Eastern Enterprises, Inc.*, Case No. 11-cv-21036 (S.D. Fla. Nov. 18, 2011) (Jordan, J.) (same); *Heredia v. H&R Block Eastern Enterprises, Inc.*, Case No. 11-cv-20830 (S.D. Fla. Nov. 18, 2011) (Simonton, Mag.) (same); *Paul v. H&R Block Eastern Enterprises, Inc.*, Case No. 11-cv-21083 (S.D. Fla. Nov. 18, 2011) (Simonton, Mag.) (same); *Norris v. H&R Block Eastern Enterprises, Inc.,* Case No. 11-20197 (S.D. Fla. Oct. 31, 2011) (Jordan, J.) (same); *Hardemon v. H&R Block Eastern Enterprises, Inc.,* Case No.: 11-cv-20193 (S.D. Fla. Sept. 22, 2011) (Moore, J.) (paperless notice of court practice upon notice of settlement); *Illano v. H&R Block Eastern Enterprises, Inc.*, Case No: 09-22531 (S.D. Fla. Sept. 21, 2011) (McAliley, Mag.) (order granting motion to seal settlement agreement, finding the existence of other FLSA lawsuits against the company "good cause" for sealing the individual settlement); *Descrescente v. H&R Block Eastern Enterprises, Inc.*, Case No. 11-20198 (S.D. Fla. Aug. 15, 2011) (Ungaro, J.) (order granting in camera review of FLSA settlement agreement); *Greene v. H&R Block Eastern Enterprises, Inc.*, Case No. 1:11-cv-20190 (S.D. Fla. July 28, 2011) (Goodman, Mag.) (same); Northern District of Florida: *Krpata v. Kasco Servs. Corp.*, Case No. 4:13-cv-427 (N.D. Fla. Feb. 11, 2014) (Walker, J.) (same).

Other district courts around the country have similarly have permitted FLSA settlement agreements to be reviewed in camera or filed under seal, including where other FLSA collective actions remained pending against the defendant. *See, e.g.*, Second Circuit: *Suda v. Sushiden Corp.*, No. 10 Civ. 5692(JGK), 2011 WL 1210206 (S.D.N.Y. March 23, 2011) (applying balancing test in *United States v. Amodeo*, 71 F.3d 1044, 1050-52 (2d Cir. 1995), to an FLSA settlement and finding a sufficient showing to redact the amount of settlement payments from the settlement agreement filed publicly and permitting the parties to file the un-redacted settlement agreement

under seal); <u>Seventh Circuit</u>: *Swarthout v. Ryla Teleservices, Inc.*, No. 4:11-CV-21-PRC, 2012 WL 5361756, at \*3 (N.D. Ind. Oct. 30, 2012) (granting motion to file FLSA collective action settlement agreement under seal, where the defendant was in the process of resolving multiple pending FLSA lawsuits and confidentiality was a material term of the parties' settlement agreement); <u>Eighth Circuit</u>: *Williams v. BPV Mkt. Place Inv'rs, L.L.C.*, No. 4:14-CV-1047 CAS, 2014 WL 5017934, at \*2 (E.D. Mo. Oct. 7, 2014) (allowing FLSA settlement agreements containing confidentiality provisions to remain under seal); <u>Ninth Circuit:</u> *Trinh v. JPMorgan Chase & Co.,* No. 07-CV-01666W(WMC), 2009 WL 532556, at \*1 (S.D. Cal. Mar. 3, 2009) (approving FLSA settlement agreement following in camera review).

By allowing for *in camera* review of the Agreement in this case, the Court will "secure the just, speeding, and inexpensive determination" of this action. FRCP Rule 1. This motion is accompanied by a Proposed Order.

<u>**CONCLUSION**</u>

Based on the foregoing, the parties respectfully request that the Court review the settlement agreement *in camera* so that it can remain confidential without becoming a public record in the Court's record.

> Respectfully submitted,
>
> **PHELPS DUNBAR LLP**
>
> BY:  */s/ Michael B. Victorian*
> Karleen J. Green Bar Roll No.  25119
> Michael B. Victorian Bar Roll No.: 36065
> II City Plaza | 400 Convention Street, Suite 1100
> Baton Rouge, Louisiana 70802
> Telephone: 225 346 0285
> Facsimile: 225 381 9197
> Email: karleen.green@phelps.com

Email: michael.victorian@phelps.com

ATTORNEYS FOR DEFENDANT
BEAURAYNE BUILDERS, LLC, AND
ELDRED ROBERT, JR.

-and-

*/s/William H. Beaumont* _____
BEAUMONT COSTALES LLC
William H. Beaumont (#33005)
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify the foregoing was filed using the CM/ECF system, which will automatically send email notification of such filings to all counsel of record.

_____ */s/ Michael B. Victorian* _____